IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MARCELLA WRIGHT, as Personal
Representative for the Estate of
JOHN BERG, deceased,

       Plaintiff,

v.                            CASE NO.:  16-002342-CI

CHARLES WINZENREAD and
NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,
A foreign profit corporation,

       Defendants.
_____/

### AMENDED COMPLAINT

    Plaintiff, MARCELLA WRIGHT, as Personal Representative for the Estate of JOHN BERG,

deceased, by and through undersigned counsel, hereby sues the Defendant, CHARLES WINZENREAD

and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a foreign profit corporation, and alleges:

    1.     This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00).

    2.     The Sixth Judicial Circuit Court has venue pursuant to Florida Statutes §47.011, because the

cause of action occurred in Pinellas County, Florida.

    3.     That at all times material hereto the Plaintiff, MARCELLA WRIGHT, is the duly

appointed Personal Representative of the Estate of JOHN BERG, deceased, and is serving in such capacity

and is entitled to maintain this action for the benefit of the decedents estate and survivors.   (A copy of the

letters of administration are attached hereto as Plaintiff's Exhibit A, and by reference incorporated herein.)

    4.     The potential beneficiaries of recovery in this action are the Estate of JOHN BERG and

Matthew Berg, his son.

5.     Defendant, CHARLES WINZENREAD, at the time of the incident, was a resident of Hillsborough County, Florida.   Defendant, CHARLES WINZENREAD is concealing his whereabouts or is no longer a resident of the State of Florida.

6.     At all times material hereto, the Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a foreign profit corporation, was and is a foreign profit corporation licensed to do business in the State of Florida, and doing business in Pinellas County.

**COUNT I**
**NEGLIGENCE**

7.     Plaintiff, MARCELLA WRIGHT, as Personal Representative for the Estate of JOHN BERG, deceased, adopts and realleges all prior material paragraphs as if fully set forth herein.

8.     On or about October 18, 2015, Defendant, CHARLES WINZENREAD owned and operated a 2002 Mercedes Benz motor vehicle traveling westbound on Memorial Causeway, in Pinellas County, Florida.

9.     At that time and place, the Defendant, CHARLES WINZENREAD, negligently operated or maintained the motor vehicle so that it collided with the decedent, JOHN BERG and killing him.

10.     As a direct and proximate result of the negligent acts of the Defendant, CHARLES WINZENREAD, JOHN BERG died and the Estate of JOHN BERG and Matthew Berg have suffered the following past and future damages:

a.     As Personal Representative of JOHN BERG'S estate:   (1) medical and funeral expenses due to JOHN BERG'S death and (2) loss of the prospective net accumulations of JOHN BERG'S Estate which reasonably might have been anticipated but for his wrongful death; and

b.     Individually as JOHN BERG'S surviving child (1) his loss of support and services from the date of his death; (2) his loss of his companionship and protection from the date of his death (3)

Page 2 of 5

mental pain and suffering; and (4) such medical and funeral expenses that he has incurred and will continue to incur as a result of his death.

11.     The Plaintiff, MARCELLA WRIGHT, as Personal Representative of the Estate of JOHN BERG, deceased, for the benefit of Matthew Berg, as survivors of JOHN BERG, deceased under the Florida Wrongful Death Act, are seeking all damages allowable under said Act, to specifically include:

a.     The loss by MATTHEW BERG, of parental companionship, instruction and guidance, and mental pain and suffering as a result of the decedent's injury and death.   In determining the duration of such losses, you may consider the life expectancy of MATTHEW BERG, together with the other evidence in the case.

b.     Medical, Funeral and related expenses.

**WHEREFORE**, Plaintiff demands Judgment against the Defendant,   CHARLES WINZENREAD for damages in excess of Fifteen Thousand Dollars ($15,000), taxable costs and trial by jury and such other relief to which Plaintiff may be justly entitled.

## COUNT II
## UNINSURED MOTORIST BENEFITS

12.     Plaintiff adopts and realleges all prior material paragraphs as if fully set forth herein.

13.     At all times material hereto, Defendant, CHARLES WINZENREAD failed to carry adequate bodily injury insurance to compensate Plaintiff for her damages.

14.     At all times material hereto, a policy of automobile insurance, including and providing uninsured motorist coverage, known as Policy No. 9112K 032091, was issued and delivered in the State of Florida by the Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, to the deceased, JOHN BERG.   Said policy was in full force and effect as to the Plaintiff on the date of the motor vehicle accident hereinabove alleged and provided uninsured motorists coverage to her on account of that accident.

Plaintiff is not in possession of a complete copy of said policy.   However, Defendant, NATIONWIDE

MUTUAL FIRE INSURANCE COMPANY, possesses a complete copy of said policy, and is well aware if

its contents.

     15.    Prior to the bringing of this action, the Plaintiff, MARECELLA WRIGHT, as Personal

Representative for the Estate of JOHN BERG, deceased, performed all of her obligations and conditions

under the insurance policy to be performed by her so as to entitle her to recover under the uninsured

motorist coverage thereof. Further, the Plaintiff has fully complied with all the terms of the insurance policy

and all conditions precedent to the bringing of this action have been satisfied by the Plaintiff.

     16.    As a direct and proximate result of the negligent acts of the Defendant, CHARLES

WINZENREAD, JOHN BERG died and the Estate of JOHN BERG and Matthew Berg have

suffered the following past and future damages:

     a.    As Personal Representative of JOHN BERG'S estate:   (1) medical and funeral expenses

due to JOHN BERG'S death and (2) loss of the prospective net accumulations of JOHN BERG'S

Estate which reasonably might have been anticipated but for his wrongful death; and

     b.    Individually as JOHN BERG'S surviving child (1) his loss of support and services from the

date of his death; (2) his loss of his companionship and protection from the date of his death (3)

mental pain and suffering; and (4) such medical and funeral expenses that he has incurred and will

continue to incur as a result of his death.

     17.    The Plaintiff, MARCELLA WRIGHT, as Personal Representative of the Estate of JOHN

BERG, deceased, for the benefit of Matthew Berg, as survivors of JOHN BERG, deceased under the Florida

Wrongful Death Act, are seeking all damages allowable under said Act, to specifically include:

     a.    The loss by MATTHEW BERG, of parental companionship, instruction and guidance, and

     mental pain and suffering as a result of the decedent's injury and death.   In determining the

Page 4 of 5

duration of such losses, you may consider the life expectancy of MATTHEW BERG,

together with the other evidence in the case.

b.      Medical, Funeral and related expenses.

**WHEREFORE**, Plaintiff, MARECELLA WRIGHT, as Personal Representative for the Estate of

JOHN BERG, deceased, demands judgment for damages against the Defendant, NATIONWIDE

MUTUAL FIRE INSURANCE COMPANY, and demands a trial by jury.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via

electronic mail to Stuart J. Freeman, Esquire at sjfreeman@brasfieldlaw.net and csigel@brasfieldlaw.net

this ____10____ day of May, 2016.

**JAMES L. MAGAZINE, ESQUIRE**
Florida Bar No. 0847232
*LUCAS|MAGAZINE*
8606 Government Drive
New Port Richey, Florida 34654
(727) 849-5353 [Tel]
(727) 845-7949 [Fax]
Email:  lucasmagazine@lucasmagazine.com
Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS
Probate Division

FILED
~~McHenry~~ County, Illinois

DEC 1 4 2015

Estate of                                        )
                                                 )
**JOHN R. BERG**                                 )    Case Number  1 5 PR  369
_____                          )
                          Deceased               )

## ORDER ADMITTING WILL TO PROBATE AND
## APPOINTING REPRESENTATIVE

On petition for admission to probate of the Will of the decedent and the issuance of Letters of Office, the Will having been proved as provided by law,

**IT IS ORDERED THAT:**

1.   The Will of **JOHN R. BERG** _____ dated **APRIL 10** , **2013** ,

     (and Codicil dated _____ , _____ ) be admitted to probate;

2.   Letters of Office as **INDEPENDENT EXECUTOR** _____

          (executor) (independent executor) (administrator with will annexed) (independent administrator with will annexed)

     issue to **MARCELLA WRIGHT** _____ .

*3.   The representative in independent administration shall file annual reports; the first of which is due on or before 60 days after the expiration of the one-year anniversary of this Order and annually thereafter;

*4.   The representative in supervised administration shall file an inventory within 60 days; and shall file annual reports and accounts, the first of which is due on or before 60 days after the expiration of the one-year anniversary of this Order and annually thereafter.

ENTER: _____ , 20 **15**

                                          Judge

Name **PETER VUCHA** _____

Attorney for **INDEPENDENT EXECUTOR** _____

Address **920 DAVIS ROAD** _____

City, State Zip **ELGIN, IL 60123** _____

Telephone **847.888.1820** _____

*Strike if not applicable

PR-ORD2: Revised 12/01/06                 *Exhibit "A"*                 Estate of Deceased



FILED
McHenry County, Illinois

DEC 1 4 2015

KATHERINE M. KEEFE
Clerk of the Circuit Court

UNITED STATES OF AMERICA

STATE OF ILLINOIS - COUNTY OF MCHENRY

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT

Estate of                                                                    Case No.   15PR000369

JOHN R BERG

Deceased

## LETTERS OF OFFICE - DECEDENT'S ESTATE

Deceased:   JOHN R BERG                                      Date of Death:   10/18/2015

MARCELLA WRIGHT has been appointed EXECUTOR - INDEPENDENT and

is authorized to take possession of and collect the estate of the decedent, and to do all acts required by law.

WITNESS:

Katherine M. Keefe, Clerk of the Twenty-Second Judicial Circuit, and the seal thereof, at Woodstock,
Illinois.

Dated: *December 14, 2015*

*Katherine M Keefe*

Clerk of the Twenty-Second Judicial Circuit

## CERTIFICATE

I certify that this is a copy of the Letters of Office now in force and effect on this date in this estate .

Dated: *December 14, 2015*

*Katherine M Keefe*

Clerk of the Twenty-Second Judicial Circuit