UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| MARCELLA WRIGHT, as Personal Representative of the Estate of JOHN BERG, deceased, | ) ) ) ) | CASE NO.:  8:16-cv-2028-T-35TGW |
| Plaintiff, | ) ) | |
| v. | ) ) | Corporate Disclosure Statement |
| CHARLES WINZENREAD and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, a foreign profit corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Nationwide Mutual Fire Insurance Company                                                                          .

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____Yes      x    No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Nationwide Mutual Fire insurance Company is a mutual company owned by its members.  It is not a publicly traded company.

2.	Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____Yes __x__ No.

	If the Answer is Yes, list the identity of such corporation and the nature of the financial interest:


/s/ Alan K. Cooper					8/1/16
_____	_____
(Signature of Counsel)				(Date)