UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCELLA WRIGHT, as Personal
Representative for the Estate of
John Berg, Deceased,

      Plaintiff,

v.                                      Case No.: 8:16-cv-2028-T-35GW

CHARLES WINZENREAD and
NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, a foreign
Profit corporation,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, MARCELLA WRIGHT, as Personal Representative for the Estate of John Berg, Deceased, by and through her undersigned counsel, and pursuant to Rule 3.08 of the Local Rules for the Middle District of Florida, hereby notifies the Court that this case has settled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished

via CM/ECF to:

Trevor T. Rhodes, Esquire
501 E. Kennedy Blvd., Suite 1500
Tampa, FL 33602
Service-trhodes@bankerlopez.com
Attorney for Defendant, Nationwide

[16-PI-0122/1841183/1]

Stuart J. Freeman, Esquire
P.O. Box 12349
2553 First Avenue North
St. Petersburg, FL 33733
Sjfreeman@brasfieldlaw.net
csiegel@brasfieldlaw.net
Attorney for Defendant, Winzenread

on this ___7th___ day of December, 2016.

/s/James L. Magazine, Esquire
James L. Magazine, Esq.
FBN: 0847232
*LUCAS| MAGAZINE*
8606 Government Drive
New Port Richey, FL 34654
Ph. (727) 849-5353; Fax (727) 845-7949
lucasmagazine@lucasmagazine.com
Secondary email:
Stephanie@lucasmagazine.com
Attorney for Plaintiff